**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENE ANTHONY MOYA,<br><br>    Plaintiff,<br><br>v.<br><br>B. CHISM, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01624-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 6) |

Plaintiff Rene Anthony Moya is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 15, 2021, the Court screened Plaintiff's complaint, found that Plaintiff stated a cognizable excessive force claim against Defendant VanNess and a cognizable failure to intervene claim against Defendant Putnam. The Court granted Plaintiff thirty days to either file an amended complaint or notify the court of his intent to proceed on the claims found to be cognizable. (ECF No. 6.) Plaintiff has not responded to the Court's order and the time to do so has expired. Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff's failure to comply with this order will result a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated:  **January 25, 2022**

UNITED STATES MAGISTRATE JUDGE

1