# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE ANTHONY MOYA,<br><br>    Plaintiff,<br><br>    v.<br><br>B. CHISM, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01624-JLT-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 18, 21, 23) |

Plaintiff Renee Anthony Moya is proceeding in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff is represented by Jason Obra Sias.  (ECF No. 22.)

On June 8, 2022, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on August 25, 2022, before Magistrate Judge Barbara A. McAuliffe, and stayed the case for ninety days.  (ECF No. 18.)  The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days.

On August 12, 2022, the parties filed a joint stipulation to vacate the settlement conference as both parties agree that they will benefit from proceeding with discovery and that a settlement conference would be unproductive at this time.  (ECF No. 23)

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for August 25, 2022, before Magistrate Judge Barbara A. McAuliffe is VACATED;

2. The writ of habeas corpus ad testificandum issued on July 26, 2022 (ECF No. 21) is VACATED;

3. The stay of this case is lifted; and

4. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated:   **August 15, 2022**

UNITED STATES MAGISTRATE JUDGE

2