# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE ANTHONY MOYA,<br><br>         Plaintiff,<br><br>    v.<br><br>B. CHISM, et al.,<br><br>         Defendants. | Case No. 1:21-cv-01624-JLT-SAB (PC)<br><br>ORDER APPROVING PARTIES' STIPULATION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 26) |

Plaintiff Renee Anthony Moya is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 14, 2023, the parties submitted a joint stipulation to modify the discovery and scheduling order. (ECF No. 26.) The non-expert discovery deadline is extended to July 14, 2023; expert disclosures is extended to August 1, 2023; rebuttal expert disclosures is extended to August 8, 2023; expert discovery is extended to September 6, 2023; and the dispositive motion deadline is extended to October 13, 2023.

IT IS SO ORDERED.

Dated:   **April 17, 2023**

UNITED STATES MAGISTRATE JUDGE

1