UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE ANTHONY MOYA,<br><br>          Plaintiff,<br><br>     v.<br><br>B. CHISM, et al.,<br><br>          Defendants. | No. 1:-21-cv-01624-JLT-SAB (PC)<br><br>ORDER APPROVING PARTIES' STIPULATION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 28) |

Plaintiff Renee Anthony Moya is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 14, 2023, the parties submitted a stipulation to modify the scheduling order. (ECF No. 28.)

On the basis of good cause, it is HEREBY ORDERED that: the non-expert discovery deadline is extended to October 13, 2023; expert disclosures is extended to November 1, 2023; rebuttal expert disclosures is extended to November 8, 2023; expert discovery is extended to December 6, 2023; and the dispositive motion deadline is extended to January 12, 2024.

IT IS SO ORDERED.

Dated:   **July 17, 2023**

UNITED STATES MAGISTRATE JUDGE

1